# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JONATHAN DENICOLA, et al., | CASE NO. 17cv820-LAB |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| SOLARCITY FINANCE COMPANY, LLC, et al., | |
| Defendants. | |

The joint motion to dismiss is **GRANTED**. [Dkt. 55.]

**IT IS SO ORDERED**.

DATED:  March 29, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge